# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 22, 2024

Lyle W. Cayce
Clerk

No. 24-40013
Summary Calendar

---

United States of America,

*Plaintiff—Appellee*,

*versus*

James David Reeves,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:20-CR-382-107

---

Before Wiener, Stewart, and Douglas, *Circuit Judges*.

Per Curiam:*

Defendant-Appellant James David Reeves appeals the order of detention entered by a magistrate judge after revoking pretrial release. In general, "appellate courts are without jurisdiction to hear appeals directly from federal magistrates." *United States v. Renfro*, 620 F.2d 497, 500 (5th Cir. 1980). A person ordered detained by a magistrate judge may seek review

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40013

by the district court. 18 U.S.C. § 3145(b). It is not within our jurisdiction to undertake such review in the first place. 28 U.S.C. § 1291; *see also United States v. Gage*, No. 93-2125, 1993 WL 117780, at *1 (5th Cir. Mar. 22, 1993) (unpublished); 5TH CIR. R. 47.5.3. This appeal is therefore DISMISSED.